UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>                Plaintiff,<br>vs.<br><br>KAREN D. SMITH, et al.<br><br>                Defendants. | CASE NUMBER: 2:18-cv-00764-TSZ<br><br>**CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Fed. R. Civ. P. 7.1, Plaintiff The Bank of New York Mellon ("BONY") hereby files this disclosure statement and discloses the following:

DECLARATION OF NON-MILITARY STATUS    1

Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

The Bank of New York Mellon Corporation, a Delaware corporation, is a publicly held company. I am advised that no corporation owns more than 10% or more of its stock.

Dated this 26th day of July, 2018

          By: /e/ Grant Courtney
              Grant Courtney, WSBA No. 16248
              Attorney for Plaintiff Bank of New York Mellon
              Malcolm ♦ Cisneros, A Law Corporation
              2112 Business Center Drive, Second Floor
              Irvine, California  92612
              (949) 252-9400 (telephone)
              (949) 252-1032 (facsimile)
              gcourtney@mclaw.org

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing 1. CORPORATE DISCLOSURE STATEMENT; on the below named individual(s) by mailing a copy in a sealed postage paid envelope by first class mail and by certified mail, addressed as set forth below and deposited in the U.S. Mail at Irvine, California:

CHRISTINA L. HENRY
HENRY & DEGRAFF, PS
150 NICKERSON ST., STE. 311
SEATTLE, WA 98109
chenry@hdm-legal.com


VICENTE OMAR BARAZZA, ESQ.
BARRAZA LAW, PLLC
14245-F AMBAUM BLVD., SW
BURIEN, WA 98166
omar@barrazalaw.com


DATED: July 27, 2018                    MALCOLM ♦ CISNEROS, A Law Corporation

/s/Diane Duran
Diane Duran
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: dduran@mclaw.org