The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1 FKA THE BANK OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>KAREN D. SMITH, an individual; and all other persons, parties, or occupants unknown claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the complaint herein, adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Property, collectively designated as DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 2:18-cv-00764-TSZ<br><br>DECLARATION OF CHRISTINA HENRY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES |

I, Christina Henry, declare as follows:

I am one of the attorneys of record for the Defendant herein. I have personal knowledge of the facts as stated herein and if called upon to testify to the truth thereof, I could and would do so.

I am admitted to practice before the Supreme Court of the State of Washington and before the United States District Courts for the Western and Eastern Districts of Washington. I

also practice in the United States Bankruptcy Court. I have been in active private practice since June 21, 2001.

I earned a Bachelor's degree in Asian Studies at Dartmouth College in Hanover, New Hampshire and my juris doctorate from Boston College Law School.

My practice primarily involves plaintiff's civil litigation in the areas of mortgage loan servicing, violations of the consumer protection act and the fair debt collections practices act, discrimination under the Americans with Disabilities Act and bankruptcy.

Since becoming an attorney, I have been the lead or co-counsel 38 federal district court cases, 11 court of appeals cases, 1 bankruptcy appellate panel case, 636 bankruptcy cases and approximately 15 state court cases. Some cases of note include:

> *Wong v. Seattle School District No. 1*, No. 16-cv-01774-RAJ, (W.D. Wash) – presently in litigation and completed trial testimony regarding discrimination for a nine-year old boy with autism under the American with Disabilities Act and Section 504 of the Rehabilitation Act.

> *Ocwen Loan Servicing, LLC v. Christopher Marino, et al*, No. 18-60040, 18-60041 (9th Circuit Court of Appeals) – presently litigating appeal regarding attorney's fees for an appeal of a violation of a discharge injunction.

> *Ocwen Loan Servicing, LLC v. Christopher Marino, et al*, No. 18-60005, 18-60006 (9th Circuit Court of Appeals) – presenting litigating appeal regarding a violation of the discharge injunction where a client obtained significant emotional distress damages for mortgage servicing violations on a loan that had already been discharged in bankruptcy.

DECLARATION OF CHRISTINA HENRY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES - 2

**Henry &DeGraaff, P.S.**
150 Nickerson St, Ste 311
Seattle, Washington 98109
telephone (206) 330-0595
fax (206) 400-7609

*Demetrius Bertrand Dickerson, Sr.*, 12-11284-MLB (Bankr. W.D. Wash) -presently litigation a violation of the discharge injunction against Merchants Credit Corporation for compensatory damages and punitive damages.

*Hoffman et. al, v. Transworld Systems Inc., et. al*, 18-01132, (W.D. Wash) - presently in litigation against debt collectors who are collecting on private student loans for FDCPA and WCPA violations.

*Plascencia et al v. Collins Asset Group, LLC et al,* No. 17-01505-MJP, (W.D. Wash.*)* – presently in litigation against a debt buyer regarding a unsecured former second mortgage that is beyond the statute of limitations for FDCPA and WCPA violation.

*Zazueta v. Nationstar Mortgage, LLC,* No. 16-05893-RJB, 2017 WL 746820 (W.D. Wash., Jan. 9, 2017). A mortgage servicing litigation case that was removed and remanded to state court.

*Goudelock v. Sixty-01 Association of Apartment Owners,* 895 F.3d 633 (9th Cir. 2018). A case to the Ninth Circuit regarding the dischargeability of homeowner's dues in bankruptcy. Currently pending review for Writ of Certiorari by the U.S. Supreme Court.

*Gray v. ZB, N.A.,* 567 B.R. 841 (Bankr. W.D. Wash. May 12, 2017).

*Thomas v. Flagstar Bank, N.A. and Green Tree Servicing, LLC,* 2018 WL 1470836 (W.D. Wash. Mar. 26, 2018).

*Stafford v. Navient Solutions, Inc., et. al.*, No. 14-01458, (Bankr. WA.W.D. Nov. 5, 2015). Litigated a student loan discharge violation case regarding private student loan for

DECLARATION OF CHRISTINA HENRY IN
SUPPORT OF MOTION FOR ATTORNEYS' FEES
- 3

**Henry &DeGraaff, P.S.**
150 Nickerson St, Ste 311
Seattle, Washington 98109
telephone (206) 330-0595
fax (206) 400-7609

a couple that owed over $800,000 combined for a photography degree from Brooks Institute in California.

*In re Schwartz-Tallard*, 803 F.3d 1095 (9th Cir 2015). Co-counsel for the National Association of Consumer Bankruptcy Attorneys (NACBA) at the rehearing stage in a major case regarding attorney's fees under the Bankruptcy Code. Co-authored amicus brief for the *en banc* Court. In adopting our position, the Court agreed to overrule one of its past decisions, eliminate a circuit split, and provide relief affecting thousands of debtors in the Ninth Circuit.

*In re Snowden*, 769 F.3d 651 (9th Cir. 2014). Ninth Circuit affirmed $12,000 emotional distress and $12,000 punitive damages award for a payday loan of $550, presented in violation of the bankruptcy automatic stay. Case also distinguished *Sternberg v. Johnston* and allowed attorney fees to establish automatic stay violation.

*Khachatourians v. Bishop White Marshall and Weibel, PS, et al*, No. 12-01528-JCC, (W.D. Wash. November 15, 2012). Litigation against a debt buyer law firm

My hourly rate is $325 an hour.

Included herein is a true and correct copy of time log for the services of Henry & DeGraaff, P.S. in the Smith matter totaling attorney fees in the amount of $14,267.50 and filing fee expenses of $400.00 for a total of $14,667.50.

DECLARATION OF CHRISTINA HENRY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES - 4

HENRY &DEGRAAFF, P.S.
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

1     I declare under penalty of perjury under the laws of the State of Washington and the
2 United States that the foregoing is true and correct to the best of my knowledge.
3     Executed this 31st day of October 2018, at Seattle, Washington.

*/s/ Christina L. Henry*
Christina L. Henry, WSBA #
150 Nickerson St., Suite 311
Seattle, WA 98109
206-330-0595 Tel
206-400-7609 Fax
*chenry@hdm-legal.com*

DECLARATION OF CHRISTINA HENRY IN
SUPPORT OF MOTION FOR ATTORNEYS' FEES
- 5

**Henry &DeGraaff, P.S.**
150 Nickerson St, Ste 311
Seattle, Washington 98109
telephone (206) 330-0595
fax (206) 400-7609

# INVOICE

**Karen Smith**　　　　　　　　　　　　　　　　　　　　　　　　　Invoice # 1620
　　　　　　　　　　　　　　　　　　　　　　　Invoice Date: Wed, October 31, 2018

**Re: Smith, Karen**

*Current Charges:*

**Fees**

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 8/7/2017 | CH | Sent final version of motion to dismiss to K Smith and discussed its contents. | 0.3 | 97.50 |
| 4/29/2018 | CH | Review documents sent by K. Smith regarding judicial foreclosure. | 0.5 | 162.50 |
| 5/16/2018 | CH | Review pleadings from K. Smith's 2015 state law case previously filed for quiet title for tolling events and confirmation of dismissal without prejudice. | 1.8 | 585.00 |
| 5/16/2018 | CH | Research re issues in the K. Smith foreclosure, the effect of her BK on the case, tolling and other issues regarding the judicial foreclosure (0.5); Draft notice of appearance in foreclosure case (0.3); sent email communication with attorney for Plaintiff re judicial foreclosure appearance (0.1); further review of documents in the file (1.2). | 2.1 | 682.50 |
| 5/17/2018 | CH | Review email from N. Smith from Malcolm Cisneros regarding extension for filing answer in the case. | 0.1 | 32.50 |
| 5/27/2018 | CH | Review rules for removal of case to federal case (0.6); Draft Notice of removal and associated documents (0.6);Telephone call to client regarding need for declaration (0.1). | 1.3 | 422.50 |
| 5/28/2018 | CH | Sent notice of removal and attached documents filed in WA state Dist court to opposing counsel. | 0.1 | 32.50 |
| 5/28/2018 | CH | Draft and filed praecipe re notice of removal. | 0.5 | 162.50 |
| 5/28/2018 | CH | Sent notice of removal to K Smith for signature 0.5); Received signed notice of removal from client and finalized documents for removal, and filed them in federal court and state court (1.0). | 1.5 | 487.50 |
| 5/29/2018 | CH | Reviewed letter from court re removal instructions. | 0.4 | 130.00 |
| 6/6/2018 | CH | Sent via email - records from state | 0.1 | 32.50 |

Please make checks payable to Henry & DeGraaff, P.S., 150 Nickerson St., Suite 311,Seattle, Washington 98109 - Tel 206/330-0595
.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | court proceeding for verification on removal to opposing counsel, N. Smith | | |
| 6/7/2018 | CH | Retrieve state court records, prepare and file verification of records with the federal court. | 0.3 | 97.50 |
| 6/12/2018 | CH | Discussion with K. Smith regarding circumstances of mediation denial (0.4); Reviewed denial letter for standard modification from Shellpoint Mtg on behalf of BONY as Trustee indicating that the investors had no contractual authority to modify the loan as of 7/19/2017 (0.4). | 0.8 | 260.00 |
| 6/15/2018 | CH | Discussion with K Smith re legal basis for dismissing the case and sent the Jarvis decision for her review. | 0.5 | 162.50 |
| 7/8/2018 | CH | Review article re statute of repose. | 0.3 | 97.50 |
| 7/8/2018 | CH | Research regarding statute of limitations, and statute of repose under the UCC (3.5) (Write down to 1.2) | 1.2 | 390.00 |
| 7/18/2018 | CH | Sent email to opposing counsel requesting dates for a Rule 26(f) discovery conference re joint status report. | 0.1 | 32.50 |
| 7/28/2018 | CH | Research issues regarding statute of limitations for judicial foreclosure and recent caselaw since Jarvis. | 1.3 | 422.50 |
| 7/29/2018 | CH | Drafting Motion to Dismiss complaint. | 1.0 | 325.00 |
| 7/30/2018 | CH | Held Rule 26(f) re joint status conference with opposing counsel. | 0.6 | 195.00 |
| 8/6/2018 | CH | Reviewed edits from Omar Barraza re motion to dismiss. | 0.5 | 162.50 |
| 8/6/2018 | CH | Research regarding motion to dismiss re potential for amendment of complaint. | 1.3 | 422.50 |
| 8/6/2018 | CH | Email exchange with opposing counsel re scheduling for the CR 26(f) joint status conference. | 0.2 | 65.00 |
| 8/7/2018 | CH | Sent email to client re motion to dismiss that was ready for filing and final review. | 0.2 | 65.00 |
| 8/7/2018 | CH | Continue drafting and finalize motion to dismiss and proposed order (0.4); Draft Request for Judicial Notice with exhibits - finalize and file (0.8). | 1.2 | 390.00 |
| 8/10/2018 | CH | Draft joint status report and send to opposing counsel. | 1.5 | 487.50 |
| 8/13/2018 | CH | Discussed edits to the joint status conference with opposing counsel, received signature approval. | 0.5 | 162.50 |

Please make checks payable to Henry & DeGraaff, P.S., 150 Nickerson St., Suite 311,Seattle, Washington 98109 - Tel 206/330-0595
.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/13/2018 | CH | Discussion with opposing counsel re extension of deadline for initial disclosures and agreement to call the court to request. | 0.3 | 97.50 |
| 8/20/2018 | CH | Draft initial disclosures, finalized and sent to opposing counsel. | 1.1 | 357.50 |
| 8/23/2018 | CH | Email correspondence with client re response due date of Monday August 27, 2018 | 0.1 | 32.50 |
| 8/24/2018 | CH | Review response to motion to dismiss and judicial notice. | 1.5 | 487.50 |
| 8/26/2018 | CH | Sent filed response for motion to dismiss and request for judicial notice to K Smith for her review. | 0.1 | 32.50 |
| 8/28/2018 | CH | Research case law re issues for tolling re reply. | 6.0 | 1,950.00 |
| 8/29/2018 | CH | Initiate draft of reply brief. | 2.2 | 715.00 |
| 8/30/2018 | CH | Continue drafting reply brief. | 5.2 | 1,690.00 |
| 8/31/2018 | CH | Continue drafting reply brief, review edits from co-counsel, finalize and file. | 6.3 | 2,047.50 |
| 10/17/2018 | CH | Reviewed order on motion to dismiss and sent to client. | 0.6 | 195.00 |
| 10/18/2018 | CH | Discussions with K. Smith re order on dismissal and its significance. | 0.3 | 97.50 |
| | | **Fees for Services Rendered** | **43.9** | **$14,267.50** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 5/28/2018 | filing fee | 400.00 |
| | **Total Fees & Expenses** | **$14,667.50** |

| | |
|---|---|
| **Total New Charges** | **$14,667.50** |

*Account Statement:*

| | |
|---|---|
| Balance as of Last Invoice | 0.00 |
| Current Charges | 14,667.50 |
| **Amount Due and Owing to Date** | **$14,667.50** |

# CHRISTINA HENRY
Bothell, WA **|** 206.550.1235 **|** chenry@hdm-legal.com

## EXECUTIVE SUMMARY

- **Law Firm Experience:** 10+ years of experience as a practicing attorney in law firm environments.
- **Client Advocacy:** 10+ years of experience advocating and defending the rights of clients in bankruptcy and consumer litigation. Represented dozens of clients across career.
- **Litigation Success:** Litigated multiple cases throughout career with a solid win rate. Helped dozens of clients manage the stress associated with litigation.
- **Legislative Advocacy:** Notable track record of advocacy for students and consumers at state level. Involved in advocacy work affecting approx. 10 house bills and senate bills throughout career. Proven track record of developing/influencing legislation critical in removing litigation obstacles as well as protecting consumers from abusive behavior by debt collectors.
- **Supervising, Mentoring, & Coaching:** Personally mentored 4+ new attorneys and law school students across career. Directly supervised, managed, and trained approx. 10 paralegal staff throughout career. Managed salary and employee review process along with training programs.
- **Interpersonal Skills:** Supervisors, colleagues, and clients note key skills such as strong communication skills, good attention to detail, excellent organizational and project management skills, leadership, interpreting statues/laws/caselaw, being flexible, innovative, friendly, excellent writing skills, professionalism, motivated, and the ability to collaborate effectively.

## PROFESSIONAL EXPERIENCE

**Attorney & Founder** September 2012 – Present
**Henry & DeGraaff, PS** Seattle, WA

- **Consumer Law Advocacy & Consumer Law Litigation:** Represented consumers and debtors in litigation proceedings involving diverse consumer issues in state and federal courts. Focused on cases involving consumer protection statutes under the Consumer Protection Act, the Fair Credit Reporting Act, the Consumer Loan Act, and the Bankruptcy Code..
  - ✓ Achieved significant settlements against medical debt buyers for improperly targeting charity-care-eligible consumers for improperly charging interest on medical debt, for wrongfully collecting on debts not owed, and for misleading collection tactics.
  - ✓ Successfully briefed and argued significant Ninth Circuit Court of Appeals cases, including bankruptcy, attorney's fees, federal preemption, and damages claims for emotional distress and punitive damages. Recent case before the Ninth Circuit regarding treatment of homeowner's dues in bankruptcy successfully overturned bankruptcy court and district court decision.
  - ✓ Currently litigating several cases against mortgage servicers and beneficiaries in state and federal court.
- **Student Loan Litigation:** Proven track record of expertise in researching, advocating, and litigating student loan issues in a variety of contexts.
  - ✓ Currently defending a number of clients in suits brought by the National Collegiate Student Loan Trust (NCSLT), a well-known "robo-signing" student loan creditor. Recently obtained two Summary Judgment rulings in King County Superior Court finding that NCSLT's securitization documents were inadmissible hearsay (No. 15-2-18048-7, July 20, 2016; No. 14-3-30722-5, July 12, 2016).
  - ✓ *Stafford v. Navient Solutions, Inc., et. al.*, No. 14-01458, (Bankr. WAWD Nov. 5, 2015). Litigated student loan discharge case for couple with $550K + in private student loan debt for attendance at Brooks Institute of Photography, a for-profit school that is now closed. After discovery and a summary judgment hearing, settled with their private student loan lenders to discharge $482K in private student loan debt, and arranging a 20-year payment plan for the remaining $68K.

- **Transactional Experience & Contract Strategy:** Managing complex caseload consisting of approx. 50% transactional work including bankruptcy filings, contract drafting, contract negotiations, contract modifications, and workout agreements.
- **Successful Negotiations:** Assisted high income individual with significant commercial building investment worth several million dollars, restructured debt, modified commercial loan to reduce interest rate and extend terms. Used bankruptcy as leverage to eliminate second mortgage and settle to severely delinquent utility liens. Saved several small businesses from liquidation through strategic negotiation and settlement of debts.
- **Receivership:** Traced assets, managed litigation to secure payment from bankruptcy shareholder, and organized asset sales to equitably wound down local cabulance company.
- **Firm Strategy & Communication:** Prepare/present briefings and case strategy in clear, concise, logical, and objective manner (both orally and in writing) to colleagues, judges, and clients. Recognized as proficient in summarizing and clearly articulating and analyzing issues, cases, and reasonable alternatives to litigation.
- **Political Advocacy & Leadership:** Collaborated with members of the Washington State Attorney General's Office, non-profit legal organizations, and Washington State Legislators regarding student loan bills and consumer protection bills for 2017 legislative session. Recognized by colleagues for subject matter expertise in developing legislation critical to removing litigation obstacles as well as protecting consumers from abusive behavior by debt collectors in 2013-2017 legislative sessions.

**Principal/Attorney** April 2006 – September 2012
**Seattle Debt Law, LLC** Seattle, WA
- **Advocacy (Primarily Bankruptcy & Consumer Protection):** Served as principal in a firm focused on chapters 7 and 13 consumer bankruptcy representation and additional practices in Fair Credit Reporting Act litigation (FCRA), Fair Debt Collection Practices Act (FDCPA) litigation and debt negotiation.
- **Client Representation:** Represented dozens of clients across 6-year span. 90%+ of bankruptcy clients resulted in obtaining discharge in chapter 7 and chapter 13 cases.
- **Supervising, Managing, & Mentoring:** Supervised a staff of 5 employees (including associate attorneys). Ensured/provided health insurance benefits. Managed payroll. Tracked hours and pay for staff.
- **Business Management:** Managed core business environment for the benefit of all staff and clients.

**Associate Attorney** April 2004 – February 2006
**Crocker Law Group, PLLC** Seattle, WA
- **General Legal Strategy:** Represented clients in consumer and business in chapter 7, 11, and 13 cases. Conducted legal research. Drafted various legal documents (including motions, pleadings, and correspondence). Met with dozens of clients to explain and determine legal strategy.

**Associate Attorney** September 2002 – March 2004
**RCO Legal, P.S.** Bellevue, WA
- **Firm & Practice Management:** Directed and oversaw all facets of the Washington State bankruptcy practice with focus on representing residential mortgage creditors for bankruptcy matters.
- **Personnel Training & Supervision:** Supervised, managed, and trained approx. 6 paralegal staff.
- **General Legal Strategy:** Processed a volume caseload and regularly worked with corporate clients for direction and negotiation of legal matters.
- **Litigation Management:** Managed heavy litigation that required court appearances in all bankruptcy courtrooms in Washington state on a weekly basis. Averaged at least 2 weekly court appearances.

**Law Clerk** September 2000 – August 2002
**The Honorable Whitney Rimel, U.S. Bankruptcy Court for the East. Dist. of CA** Fresno, CA
- **General Legal Support/Research:** Drafted court opinions, researched relevant bankruptcy laws, suggested rulings regarding law and motions calendars, and reviewed chapters 7, 11, and 13 pleadings and bankruptcy petitions.

## EDUCATION

**Boston College Law School | Juris Doctor (JD) | Law**
**Inter-University Program for Chinese Language Studies | Mandarin Chinese Curriculum**
**Dartmouth College | Bachelor of Arts (BA) | Asian Studies**

## RECENT CLE AUTHORSHIP & PRESENTATIONS

- **Rights and Remedies for Federal and Private Student Loan Debt & Bankruptcy 101.** The Northwest Consumer Law Center. Presentation March 7,2017.
- **Discharging Student Loans in Bankruptcy.** King County Bar Association. Presentation October 2016.
- **Student Loan Repayment and Management of Other Consumer Debt.** Washington State Bar Association (WSBA). Presented August 2016. Developed presentation for approx. 250 attendees.

## LANGUAGES

- Proficient in Mandarin Chinese (both speaking and writing).

## CORE COMPETENCIES & SKILLS

| | | |
|---|---|---|
| *Bankruptcy Litigation* | *Debtors' Rights* | *Problem Solving* |
| *Business Administration* | *Customer Service* | *Public Speaking* |
| *Policy Analysis* | *Leadership* | *Qualitative & Quantitative Analysis* |
| *Commercial Litigation* | *Legal Research & Writing* | *Transactional Legal Matters* |
| *Statutory Interpretation* | | |
| *Confidentiality Agreements* | *Negotiation* | |