UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1 FKA THE BANK OF NEW YORK,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KAREN D. SMITH, an individual; and all other persons, parties, or occupants unknown claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the complaint herein, adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Property, collectively designated as DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No.: 2:18-cv-00764-TSZ<br><br>DECLARATION OF VICENTE OMAR BARRAZA IN SUPPORT OF MOTION FOR ATTORNEYS' FEES |

I, Vicente Omar Barraza, declare as follows:

I am one of the attorneys of record for the Defendant herein. I have personal knowledge of the facts as stated herein and if called upon to testify to the truth thereof, I could and would do so.

I am admitted to practice before the Supreme Court of the State of Washington and before the United States District Courts for the Western and Eastern Districts of Washington. I

DECLARATION OF VICENTE OMAR BARRAZA IN SUPPORT OF MOTION FOR ATTORNEYS' FEES - 1

Henry &DeGraaff, P.S.
150 Nickerson St, Ste 311
Seattle, Washington 98109
telephone (206) 330-0595
fax (206) 400-7609

also practice in the United States Bankruptcy Court. I have been in active private practice since May 17, 2011.

I earned a Bachelor's degree in Government/Public Policy Analysis at Pomona College in Claremont, California, a Master's in Public Administration at Seattle University, and my juris doctorate from Seattle University.

My practice primarily involves plaintiff's civil litigation in the areas of mortgage loan servicing, immigration, and bankruptcy. The majority of my clients speak Spanish as their primary language.

I am a member of the King County Bar Association, the American Immigration Lawyers Association, and the Latina/o Bar Association of Washington. I currently serve as the President of the Board of the Directors of Northwest Justice Project, Washington's primary publicly funded legal aid program which provides critical civil legal assistance and representation to thousands of low-income people in cases affecting basic human needs such as family safety and security, housing preservation, protection of income, access to health care, education and other basic needs. I also serve on the Board of Directors of the Touch of Love Foundation which provides financial assistance to empower poor families to obtain a basic education in India, Ghana, and the Dominican Republic. I previously served on the Board of Directors of the Tenants Union of Washington State and the Duwamish River Cleanup Coalition.

Prior to becoming an attorney in 2011, I dedicated myself to furthering civil rights and low-income housing while working for the King County Office of Civil Rights, the Seattle Housing Authority, and the Fair Housing Center of Washington.

I regularly present educational programs on housing and consumer-related topics. I conducted a training session in March of 2016 on the intersection of immigration and consumer issues for the First Annual Consumer Law Intensive CLE sponsored by the Washington State Association for Justice and Northwest Consumer Law Center. In July of 2015, I presented a one-hour CLE for the King County Bar Association Bankruptcy Law Section Meeting on the topic of

DECLARATION OF VICENTE OMAR BARRAZA
IN SUPPORT OF MOTION FOR ATTORNEYS'
FEES - 2

Henry &DeGraaff, P.S.
150 Nickerson St, Ste 311
Seattle, Washington 98109
telephone (206) 330-0595
fax (206) 400-7609

representing undocumented immigrants in bankruptcy. WSBA Real Property Probate and Trust Section invited to me present information on fair housing at its annual CLE in December of 2014. Similarly, I conducted a CLE in December of 2012 for Northwest Justice Project attorneys on the topic of Assistance Animals.

Since becoming an attorney, I have been the lead or co-counsel 34 federal court cases and 38 state court cases, not including cases filed with the United States Bankruptcy Court. Some cases of note include:

- Lucero v. Cenlar FSB, 2016 U.S. Dist. Lexis 10430, (W.D. Wash., January 28, 2016). Judgment Following Trial. Opinion by Honorable Judge Robert S. Lasnik. Judgment in favor of homeowner for $213,888, including claim of outrage. Co-counsel with Ha Thu Dao. *See Seattle Times*, Lender must pay Bellevue homeowner $213,000 for emotional distress, March 6, 2016. https://www.seattletimes.com/seattle-news/lender-must-pay-homeowner-213000-for-emotional-distress/. *See also King 5 News*, March 4, 2016. https://www.king5.com/article/news/local/investigations/213000-emotional-distress-judgment-against-lender/87737290

- Schilling v. JPMorgan Chase & Co., 2017 U.S. Dist. Lexis 62856, 2017 WL 1479369, (W.D. Wash., April 25, 2017). Opinion by Honorable Judge Ricardo S. Martinez. Prevailed against Motion to Dismiss filed by bank involving settlement of $190,950.89 second lien deed of trust.

- King v. Bank of Am., N.A., 2015 U.S. Dist. Lexis 188909, 2015 WL 12930129, (W.D. Wash., December 28, 2015). Opinion by Honorable Judge Thomas S. Zilly. Survived Motion to Dismiss wrongful foreclosure and Consumer Protection Act claims. Co-counsel with Ha Thu Dao. *See* King 5 News Investigations by Chris Ingell, September 21, 2016. https://www.king5.com/article/news/local/investigations/lawsuits-claim-banks-failing-to-honor-loan-modifications/323239153

- Timlick v. Bank of Am., 2017 U.S. Dist. Lexis 76806 (W.D. Wash., May 18, 2017). Opinion by Honorable Judge Benjamin H. Settle. Order Granting in part and denying in part defendants' motion to dismiss and granting Plaintiff's Motion for Leave to Amend. *See also* Timlick v. Bank of Am., NA, 2017 U.S. Dist. LEXIS 7018 (W.D. Wash., January 17, 2017). Co-counsel.

- Tran v. Bank of Am., N.A., 2012 U.S. Dist. Lexis 157165 (W.D. Wash., November 1, 2012). Opinion by Honorable Judge Ronald B. Leighton. Survived Motion to Dismiss Plaintiffs' claims for negligent misrepresentation and violation of the Consumer Protection Act. Co-counsel with Timothy T. Tran and Ha Thu Dao. See also Tran v. Bank of Am. NA, 2014 U.S. Dist. Lexis 71464 (W.D. Wash., May 23, 2014).

DECLARATION OF VICENTE OMAR BARRAZA
IN SUPPORT OF MOTION FOR ATTORNEYS'
FEES - 3

Henry &DeGraaff, P.S.
150 Nickerson St, Ste 311
Seattle, Washington 98109
telephone (206) 330-0595
fax (206) 400-7609

- Lead counsel in <u>Medina v. City of SeaTac</u> (aka Firs Homeowners Association v Fife Motel, Inc.). Superior Court of Washington, King County, 17-2-07094-7 KNT. Represent residents in Land Use Act Petition challenging closure of their mobile home park. September 19, 2018 Order reversing, in part, and remanding for modification Hearing Examiner's Decision in favor of City of SeaTac and land owner Fife Motel Inc.

My hourly rate is $325.00/hour and I expended 8.3 hours of work on the Smith matter for a total of $1,657.50.

My paralegal provided 3.1 hours of assistance in the Smith matter at $125/hour for a total of $312.50 in fees.

Included herein is a true and correct copy of time log for Barraza Law, PLLC's services in the Smith matter totaling $1,970.00.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of October 2018, at Burien, Washington.

/s/ *Vicente O. Barraza*
Vicente O. Barraza, WSBA #43589
14245F Ambaum Blvd SW
Burien, WA 98166
206-933-7861
omar@barrazalaw.com

DECLARATION OF VICENTE OMAR BARRAZA
IN SUPPORT OF MOTION FOR ATTORNEYS'
FEES - 4

HENRY &DeGRAAFF, P.S.
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

| Date | Quantity | Price | Total | By | Note |
|---|---|---|---|---|---|
| 10/30/2018 | 2 | $0.00 | $0.00 | Atty VOB | Prepared fee motion and declarations |
| 10/19/2018 | 0.2 | $125.00 | $25.00 | Paralegal | Client Teleconference re Order |
| 10/17/2018 | 0.3 | $325.00 | $97.50 | Atty VOB | Review Order granting motion to dismiss and discuss with co-counsel |
| 8/31/2018 | 0.6 | $325.00 | $195.00 | Atty VOB | Review, edit, and return draft reply to MTD to C Henry |
| 8/24/2018 | 0.5 | $325.00 | $162.50 | Atty VOB | Review response and declaration to motion to dismiss. Discuss with CH |
| 8/20/2018 | 0.2 | $325.00 | $65.00 | Atty VOB | Review initial disclosures |
| 8/13/2018 | 1 | $325.00 | $325.00 | Atty VOB | Conduct status conference with opposing and co-counsel. Review JSR and and review multiple emails back and forth reviewing draft JSR. |
| 8/13/2018 | 0.1 | $0.00 | $0.00 | Atty VOB | Confirmed filing of JSR |
| 8/13/2018 | 0.1 | $125.00 | $12.50 | Paralegal | Email from court resetting deadlines |
| 8/10/2018 | 0.2 | $125.00 | $25.00 | Paralegal | Multiple emails among all counsel re JSR |
| 8/7/2018 | 0.1 | $0.00 | $0.00 | Atty VOB | Motion to Dismiss for Failure to State a Claim - filed |
| 8/6/2018 | 1 | $325.00 | $325.00 | Atty VOB | Review and suggest edits on Motion to Dismiss for Failure to State a Claim |
| 8/6/2018 | 0.4 | $0.00 | $0.00 | Paralegal | Reviewed and suggested edits to Motion to Dismiss for Failure to State a Claim |
| 7/31/2018 | 0.2 | $0.00 | $0.00 | Paralegal | Download and save Notice to Appear |
| 7/27/2018 | 0.1 | $325.00 | $32.50 | Atty VOB | Receive and review Corp Disclosure Statement |
| 7/27/2018 | 0.1 | $325.00 | $32.50 | Atty VOB | Receive and review Notice of Appearance by attorney Grant Ervin Courtney |
| 7/26/2018 | 0.3 | $325.00 | $97.50 | Atty VOB | Emails among counsel re FRCP 26 conference |
| 7/23/2018 | 0.1 | $125.00 | $12.50 | Paralegal | Email from court resetting deadlines |

DECLARATION OF VICENTE OMAR BARRAZA IN SUPPORT OF MOTION FOR ATTORNEYS' FEES - 5

HENRY &DEGRAAFF, P.S.
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

| Date | Quantity | Price | Total | By | Note |
|---|---|---|---|---|---|
| 6/12/2018 | 1.5 | $125.00 | $187.50 | Paralegal | Download and save all available recorded documents from King County Recorder |
| 6/12/2018 | 0.2 | $125.00 | $25.00 | Paralegal | mailed NOA to OC and client |
| 6/12/2018 | 1 | $0.00 | $0.00 | Atty VOB | review and suggest edits to motion to discharge; ultimately did not file |
| 6/12/2018 | 0.1 | $325.00 | $32.50 | Atty VOB | Email O/C re my NTA |
| 6/12/2018 | 0.3 | $325.00 | $97.50 | Atty VOB | prepare and file notice of appearance |
| 6/7/2018 | 0.1 | $325.00 | $32.50 | Atty VOB | Review ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |
| 5/28/2018 | 0 | $325.00 | $0.00 | Atty VOB | Received confirmation of removal |
| 5/28/2018 | 0.2 | $125.00 | $25.00 | Paralegal | Download and save removal docs |
| 5/27/2018 | 0.5 | $325.00 | $162.50 | Atty VOB | Receive and review draft removal pleadings |
| Total | | | $1,970.00 | | |

DECLARATION OF VICENTE OMAR BARRAZA
IN SUPPORT OF MOTION FOR ATTORNEYS'
FEES - 6

**Henry &DeGraaff, P.S.**
150 Nickerson St, Ste 311
Seattle, Washington 98109
telephone (206) 330-0595
fax (206) 400-7609