Hon. Thomas S. Zilly

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br>vs.<br>KAREN D. SMITH, et al.<br><br>Defendants. | **CASE NUMBER: 2:18-cv-00764-TSZ**<br><br>**NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED** |

    Pursuant to Ninth Circuit Rule 10-3.1(a) and (c), Plaintiff/Appellant, The Bank of New York Mellon ("Appellant"), hereby states that no transcripts will be ordered in

Notice     1

Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

connection with Appellant's appeal of the Order granting with prejudice defendant's Motion to Dismiss, entered on October 17, 2018 as docket entry 16.

Respectfully submitted this 6th day of December, 2018

By: */s/ Nathan F. Smith*
Nathan F. Smith, WSBA No. 43160
Grant Courtney, WSBA No. 16248
Attorney for Plaintiff Bank of New York Mellon
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California  92612
(949) 252-9400 (telephone)
(949) 252-1032 (facsimile)
Email:nathan@mclaw.org
gcourtney@mclaw.org

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 2112 Business Center Drive, Irvine, California 92612.

I hereby certify that on December 6, 2018, I electronically transmitted the foregoing **NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED** using the Court's CM/ECF System to the following CM/ECF registrants:

Vicente Omar Barraza
omar@barrazalaw.com,admin@barrazalaw.com,vobarraza@gmail.com

Grant Ervin Courtney
courtneylaw@comcast.net

Christina Latta Henry
chenry@HDM-legal.com,mainline@hdm-legal.com,HenryDeGraaffPS@jubileebk.net

Nathan F. Smith
nathan@mclaw.org, cvalenzuela@mclaw.org

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 6, 2018, at Irvine, California.

/s/ Christina Valenzuela
Christina Valenzuela