UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1 FKA THE BANK OF NEW YORK,

Plaintiff,

v.

KAREN D. SMITH, et al.,

Defendants.

C18-764 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' Motion for Entry of Judgment, docket no. 26, which Plaintiff has not opposed, is GRANTED in part. Pursuant to Federal Rule of Civil Procedure 58(d), the Court will enter in a separate document a judgment regarding Defendants' entitlement to attorney's fees as described in the Court's November 11, 2018, Minute Order, docket no. 24. Defendants' request for a separate judgment regarding the Court's October 17, 2018, Order granting Defendants' motion to dismiss, docket no. 16, is DENIED. Due to Plaintiff's filing of a notice of appeal, docket no. 20, from the dismissal order, the Court lacks jurisdiction over that aspect of the case. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of

MINUTE ORDER - 1

appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of April, 2019.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk