# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1 FKA THE BANK OF NEW YORK,<br><br>                Plaintiff,<br><br>    v.<br><br>KAREN D. SMITH, et al.,<br><br>                Defendants. | JUDGMENT FOR ATTORNEY'S FEES IN A CIVIL CASE<br><br>CASE NO. C18-764 TSZ |

\_\_\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X     **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

Judgment is hereby entered in favor of Defendant Karen D. Smith and against Plaintiff Bank of New York Mellon as Trustee for the Benefit of the Certificate Holders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-SD1 FKA the Bank of New York, as follows: attorneys' fees in the amount of $15,165.00 and costs in the amount of $400.

Dated this 9th day of April, 2019.

 

William M. McCool
Clerk

/s/ Karen Dews
Deputy Clerk