UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, as Trustee for the benefit of the certificate holders of the CWABS, Inc., asset-backed certificates, Series 2007-SD1, FKA The Bank of New York,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>KAREN D. SMITH, an individual and DOES 1-50,, All other persons, parties or occupants unknown claiming any legal or equitable right, title, estate, lien or interest in the real property described in the complaint herein, inclusive,<br><br>        Defendants - Appellees. | No. 18-35950<br><br>D.C. No. 2:18-cv-00764-TSZ<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

      The judgment of this Court, entered October 28, 2019, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      Costs are taxed against the appellant in the amount of $103.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7